UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                              -against-

Markeith Darius                              Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**
-CR-     ( ) ( )

Defendant ___Markeith Darius_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

_X_  Conference Before a Judicial Officer

_____
*Markeith Darius*
ID xaxmLzASpvhRB6MxydmjrnSY
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Markeith Darius
_____
Print Defendant's Name

_____
ID 96mGmBSXTktYD27ZkpjcTK6Q
Defendant's Counsel's Signature

Todd A. Spodek
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

___08/27/2020_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge

## E-Signature Details

**Signer ID:** **xaxmLzASpvhRB6MxydmjrnSY**
Signed by:        Markeith Darius
Sent to email:    markeithdarius@gmail.com
IP Address:       108.14.14.112
Signed at:        Aug 27 2020, 8:44 am EDT

**Signer ID:** **96mGmBSXTktYD27ZkpjcTK6Q**
Signed by:        Todd Spodek
Sent to email:    ts@spodeklawgroup.com
IP Address:       172.118.8.152
Signed at:        Aug 27 2020, 8:46 am EDT