# COMPLAINT/REMOVAL DISMISSAL
## United States District Court
### Southern District of New York

Mag. Dkt. No. __19-MJ-10063__            Date __8/27/21__

USAO No. __2019R01367__

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint _____ Removal Proceedings in

DOC #

United States v. __Markeith Darius__

The Complaint/Rule 40 Affidavit was filed on __October 25, 2019__

✓ U.S. Marshals please withdraw warrant

/s/ Micah F. Fergenson
ASSISTANT UNITED STATES ATTORNEY

Micah F. Fergenson
(Print name)

**SO ORDERED:**
DATE: __8/27/21__

_[signature]_
UNITED STATES MAGISTRATE JUDGE